**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Andrii Pryimachenko, an individual,<br><br>Plaintiff,<br><br>    v.<br><br>Home Box Office, Inc., a Delaware corporation; Sky UK Limited, a United Kingdom limited company; and DOES 1-10,<br><br>Defendants. | Case No.: 1:23-cv-10034<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Andrii Pryimachenko, an individual, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

    NONE.

                                                          Respectfully submitted,

Dated: November 14, 2023        By:   */s/ Scott Alan Burroughs*
                                                           Scott Alan Burroughs, Esq.
                                                           DONIGER / BURROUGHS
                                                           247 Water Street, First Floor
                                                           New York, NY 10038
                                                           (310) 590 – 1820
                                                           scott@donigerlawfirm.com
                                                           *Attorney for Plaintiff*