UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

------------------------------------------------------------------------x

Andrii Pryimachenko, an individual,

                      Plaintiff,

            - against -

Home Box Office, Inc., a Delaware corporation;
Sky UK Limited, a United Kingdom limited
company; and DOES 1-10,

                    Defendants.

Case No. 1:23-cv-10034-LAK-RWL

------------------------------------------------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned is authorized to practice in this Court and hereby appears as counsel for Defendant Home Box Office, Inc. in the above-captioned action, and requests that notice of all matters arising herein, and all documents and papers in this case, be served on the undersigned at the address stated below.

Dated: December 5, 2023
         New York, New York

                      Respectfully submitted,

                      DAVIS WRIGHT TREMAINE LLP

                      By: */s/ Carl Mazurek*
                          Carl Mazurek
                      1251 Avenue of the Americas, 21st Floor
                      New York, NY 10020-1104
                      Tel: (212) 489-8230
                      Fax: (212) 489-8340
                      carlmazurek@dwt.com

                      *Attorneys for Defendant Home Box Office, Inc.*