UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

------------------------------------------------------------------------x

Andrii Pryimachenko, an individual,

                        Plaintiff,

                    - against -

Home Box Office, Inc., a Delaware corporation;
Sky UK Limited, a United Kingdom limited
company; and DOES 1-10,

                      Defendants.

Case No. 1:23-cv-10034-LAK-RWL

------------------------------------------------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned is authorized to practice in this Court and hereby appears as counsel for Defendant Home Box Office, Inc. in the above-captioned action, and requests that notice of all matters arising herein, and all documents and papers in this case, be served on the undersigned at the address stated below.

Dated: December 5, 2023
         New York, New York

         Respectfully submitted,

         DAVIS WRIGHT TREMAINE LLP

         By: _/s/ Rachel F. Strom_
              Rachel F. Strom
         1251 Avenue of the Americas, 21st Floor
         New York, NY 10020-1104
         Tel: (212) 402-4069
         Fax: (212) 489-8340
         rachelstrom@dwt.com

         *Attorneys for Defendant Home Box Office, Inc.*