

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Carl Mazurek**
(212) 402-4069 tel
(212) 489-8340 fax

carlmazurek@dwt.com

December 5, 2023

<u>VIA ECF</u>

Hon. Robert W. Lehrburger
United States Courthouse
Southern District of New York
500 Pearl Street, Room 1960
New York, NY 10007

    Re:    <u>*Pryimachenko v. Home Box Office, Inc., et al.* **(Case No. 1:23-cv-10034)**</u>

Dear Judge Lehrburger:

    We represent Defendant Home Box Office, Inc. ("HBO") in the above-captioned action and we write to request an extension of its time to move against or answer the complaint. HBO was served with the complaint on Friday, November 17, 2023, and its current deadline to move against or answer the complaint is Friday, December 8, 2023. HBO requests an extension of this deadline by thirty-one (31) days, to Monday, January 8, 2024, in order to provide HBO and its counsel time to understand and investigate Plaintiff's allegations and respond appropriately.

    Plaintiff has consented to this request, in exchange for HBO waiving any objections to the sufficiency of service. This is HBO's first request for an extension or adjournment.

    Thank you for the Court's attention to this matter.

                          Respectfully submitted,

                          */s/ Carl Mazurek*
                          Carl Mazurek
                          Davis Wright Tremaine LLP
                          1251 Avenue of the Americas, 21st Floor
                          New York, NY 10020-1104
                          Tel: (212) 402-4069
                          Fax: (212) 489-8340
                          carlmazurek@dwt.com