UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---

| | |
|---|---|
| Andrii Pryimachenko, an individual, | :  Case No. 1:23-cv-10034-LAK-RWL |
| Plaintiff, | : |
| - against - | : |
| Home Box Office, Inc., a Delaware corporation; Sky UK Limited, a United Kingdom limited company; and DOES 1-10, | : |
| Defendants. | : |

---

## STIPULATION REGARDING AMENDMENT OF PLAINTIFF'S COMPLAINT

Plaintiff Andrii Pryimachenko ("Plaintiff") and Defendant Home Box Office, Inc. ("HBO") stipulate and jointly move the Court as follows:

WHEREAS, on November 14, 2023, Plaintiff filed a Complaint against Defendants in the above-captioned matter;

WHEREAS, on November 17, 2023, Plaintiff served the Complaint on HBO;

WHEREAS, HBO's original deadline to answer, move against, or otherwise respond to the Complaint (the "Response Deadline") was December 8, 2023;

WHEREAS, on December 5, 2023, HBO filed a motion on consent to extend the Response Deadline to January 8, 2024, which the Court So Ordered on December 6, 2023;

WHEREAS, pursuant to Rule III.C of Magistrate Judge Lehrubger's rules, HBO sent an email to Plaintiff's counsel on December 19, 2023 indicating its intention to move to dismiss the Complaint, and explaining the grounds for doing so;

WHEREAS, on December 20, 2023, counsel for Plaintiff indicated Plaintiff's intention to file an amended complaint;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys, as follows:

- Plaintiff shall file an amended complaint on or before January 8, 2024; and
- HBO's deadline to answer, move against, or otherwise respond to the amended complaint shall be February 5, 2024.

Dated:  December 27, 2023

| DONIGER / BURROUGHS | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: _____ <br> Scott Alan Burroughs, Esq. <br> 247 Water Street, First Floor <br> New York, NY 10038 <br> Tel: (310) 590-1820 <br> Scott@Donigerlawfirm.com <br><br> *Attorneys for Plaintiff Andrii Pryimachenko* | By: s/ Carl Mazurek <br> Carl Mazurek <br> Rachel F. Strom <br> 1251 Avenue of the Americas, 21st Floor <br> New York, NY 10020 <br> Tel: (212) 603-6414 <br> carlmazurek@dwt.com <br> rachelstrom@dwt.com <br><br> *Attorneys for Defendant HBO* |

SO ORDERED:

_____
Hon. Robert W. Lehrburger
U.S. Magistrate Judge