```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/28/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

------------------------------------------------------------x
Andrii Pryimachenko, an individual,           :
                                              :   Case No. 1:23-cv-10034-LAK-RWL
                    Plaintiff,                :
                                              :
        - against -                           :
                                              :
Home Box Office, Inc., a Delaware corporation;:
Sky UK Limited, a United Kingdom limited      :
company; and DOES 1-10,                       :
                                              :
                    Defendants.               :
------------------------------------------------------------x

## STIPULATION REGARDING AMENDMENT OF PLAINTIFF'S COMPLAINT

Plaintiff Andrii Pryimachenko ("Plaintiff") and Defendant Home Box Office, Inc. ("HBO") stipulate and jointly move the Court as follows:

WHEREAS, on November 14, 2023, Plaintiff filed a Complaint against Defendants in the above-captioned matter;

WHEREAS, on November 17, 2023, Plaintiff served the Complaint on HBO;

WHEREAS, HBO's original deadline to answer, move against, or otherwise respond to the Complaint (the "Response Deadline") was December 8, 2023;

WHEREAS, on December 5, 2023, HBO filed a motion on consent to extend the Response Deadline to January 8, 2024, which the Court So Ordered on December 6, 2023;

WHEREAS, pursuant to Rule III.C of Magistrate Judge Lehrubger's rules, HBO sent an email to Plaintiff's counsel on December 19, 2023 indicating its intention to move to dismiss the Complaint, and explaining the grounds for doing so;

2

WHEREAS, on December 20, 2023, counsel for Plaintiff indicated Plaintiff's intention to file an amended complaint;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys, as follows:

- Plaintiff shall file an amended complaint on or before January 8, 2024; and
- HBO's deadline to answer, move against, or otherwise respond to the amended complaint shall be February 5, 2024.

Dated:  December 27, 2023

DONIGER / BURROUGHS

By: *(signature)*
Scott Alan Burroughs, Esq.
247 Water Street, First Floor
New York, NY 10038
Tel: (310) 590-1820
Scott@Donigerlawfirm.com

*Attorneys for Plaintiff Andrii Pryimachenko*

DAVIS WRIGHT TREMAINE LLP

By: s/ Carl Mazurek
Carl Mazurek
Rachel F. Strom
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Tel: (212) 603-6414
carlmazurek@dwt.com
rachelstrom@dwt.com

*Attorneys for Defendant HBO*

SO ORDERED:

12/28/2023  *(signature)*
_____
Hon. Robert W. Lehrburger
U.S. Magistrate Judge