**EXHIBIT 1**



НАШ СОСТАВ = NASH SOSTAV (incorrect translation of "our crew"; the correct word should have been "nachsostav," which means "officers crew")
Cyrillic Script (Slavonic/Slavic script)

12

13

