```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/23/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANDRII PRYIMACHENKO

                  Plaintiff,

      - against -

HOME BOX OFFICE, INC., et al

                Defendants.
-------------------------------------------------------------X

23-CV-10034 (LAK) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Pursuant to the case management conference held on January 23, 2024, all discovery is stayed pending determination on Defendant's intended motion to dismiss. By January 30, 2024, the parties shall meet and confer and file a proposed briefing schedule for the motion to dismiss.

                                        SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: January 23, 2024
       New York, New York

Copies transmitted this date to all counsel of record.