Case 1:23-cv-10034-LAK-RWL    Document 21    Filed 01/26/24    Page 1 of 2



21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Carl Mazurek**
(212) 402-4069 tel
(212) 489-8340 fax

carlmazurek@dwt.com

January 26, 2024

<u>**VIA ECF**</u>

Hon. Robert W. Lehrburger
United States Courthouse
Southern District of New York
500 Pearl Street, Room 1960
New York, NY 10007

Re:   <u>*Pryimachenko v. Home Box Office, Inc., et al.* (Case No. 1:23-cv-10034)</u>

Dear Judge Lehrburger,

We represent Defendant Home Box Office, Inc. ("HBO") in the above-captioned action. We write on behalf of HBO and Plaintiff Adrii Pryimachenko ("Plaintiff"), pursuant to Rule I.A of Your Honor's Individual Practices and this Court's order dated January 23, 2024 (Dkt. No. 20), regarding the briefing schedule for HBO's anticipated motion to dismiss Plaintiff's First Amended Complaint ("FAC") in this action.  The deadline for HBO to answer or move to dismiss the FAC is currently February 5, 2024.  In accordance with Your Honor's instructions at the January 23, 2024 court conference, HBO and Plaintiff understand they will not be required to submit premotion letters pursuant to Rule III.D of Your Honor's Individual Practices in connection with HBO's anticipated motion.

HBO and Plaintiff have conferred, and have agreed to the following briefing schedule:

- **3/6/2024:** HBO motion to dismiss the FAC.
- **4/5/2024:** Plaintiff opposition to HBO motion to dismiss the FAC.
- **4/19/2024:** HBO reply in support of motion to dismiss the FAC.

HBO and Plaintiff respectfully request that the Court enter an order setting the briefing schedule for HBO's motion to dismiss the FAC in accordance with the above dates.  Plaintiff consents to this letter motion.  HBO previously sought an extension of its deadline to answer or move to dismiss the original complaint in this action.

We thank the Court for its consideration of this submission.

Respectfully,

DAVIS WRIGHT TREMAINE LLP
*/s/ Carl Mazurek*
Carl Mazurek

Copy to:  All counsel via ECF