

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

Carl Mazurek
(212) 402-4069 tel
(212) 489-8340 fax

carlmazurek@dwt.com

February 29, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/1/2024
```

**VIA ECF**

Hon. Robert W. Lehrburger
United States Courthouse
Southern District of New York
500 Pearl Street, Room 1960
New York, NY 10007

Granted.

SO ORDERED:

3/1/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

    Re:    *Pryimachenko v. Home Box Office, Inc., et al.* **(Case No. 1:23-cv-10034)**
            **Request To Serve and File in Hard Copy DVD**
            **Pursuant To Electronic Filing Rule 5.2**

       We represent Defendant Home Box Office, Inc. ("HBO") in the above-captioned action. On March 6, 2024, we intend to file a motion to dismiss the First Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In support of that motion, we intend to refer to Episode 1 of the television series *Chernobyl*, which Plaintiff alleges infringes his audiovisual work, and is therefore essential to the Court's assessment of the sufficiency of Plaintiff's claims.

       Pursuant to Rule 5.2 of the Electronic Case Filing Rules & Instructions, we therefore respectfully request permission to serve and file in hard copy a DVD containing Episode 1 of *Chernobyl*, which cannot be scanned and e-filed.

                                                              Respectfully,

                                                              DAVIS WRIGHT TREMAINE LLP
                                                              */s/ Carl Mazurek*
                                                               Carl Mazurek

Copy to: All counsel via ECF

4862-6322-5769v.1 3960026-000019