UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---

| | |
|---|---|
| Andrii Pryimachenko, an individual, | : |
| Plaintiff, | : Case No. 1:23-cv-10034-LAK-RWL |
| - against - | : |
| Home Box Office, Inc., a Delaware corporation; Sky UK Limited, a United Kingdom limited company; and DOES 1-10, | : |
| Defendants. | : |

---

## **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Home Box Office, Inc. ("HBO"), states that it is ultimately a wholly-owned subsidiary of Warner Bros. Discovery, Inc., a publicly traded company. Warner Bros. Discovery, Inc. has no parent company and, to the best of HBO's knowledge, no publicly held company owns ten percent or more of Warner Bros. Discovery, Inc.'s stock.

Dated: New York, New York
       March 6, 2024

                                          Respectfully submitted,

                                          DAVIS WRIGHT TREMAINE LLP

                                          By:  */s/ Carl Mazurek*
                                          Carl Mazurek
                                          Rachel F. Strom
                                          1251 Avenue of the Americas, 21st Floor
                                          New York, NY 10020
                                          Tel: (212) 603-6414
                                          carlmazurek@dwt.com
                                          rachelstrom@dwt.com

2

*Attorneys for Defendant Home Box Office, Inc.*

2