UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---

| | |
|---|---|
| Andrii Pryimachenko, an individual, | |
| Plaintiff, | Case No. 1:23-cv-10034-LAK-RWL |
| - against - | |
| Home Box Office, Inc., a Delaware corporation; Sky UK Limited, a United Kingdom limited company; and DOES 1-10, | |
| Defendants. | |

---

## NOTICE OF MOTION TO DISMISS

**PLEASE TAKE NOTICE** that upon the accompanying declaration of Carl Mazurek, sworn to March 6, 2024, the exhibits annexed thereto, the accompanying Memorandum of Law, and all prior pleadings and proceedings heretofore had herein, Defendant Home Box Office, Inc., will move this Court, before the Honorable Robert W. Lehrburger, United States Magistrate Judge, Southern District of New York, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing Plaintiff's First Amended Complaint with prejudice, and for such other and further relief as the Court shall deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the scheduling order entered by this Court on January 26, 2024 (ECF No. 22), opposing papers, if any, must be served upon the undersigned on or before April 5, 2024; and reply papers, if any, must be served on or before April 19, 2024.

Dated: March 6, 2024

        Respectfully Submitted,

        By: */s/ Carl Mazurek*
            Carl Mazurek
        Rachel F. Strom
        DAVIS WRIGHT TREMAINE LLP
        1251 Avenue of the Americas, 21st Floor
        New York, NY 10020-1104
        Phone: (212) 489-8230
        Fax:   (212) 489-8340
        Email: carlmazurek@dwt.com
                rachelstrom@dwt.com

        *Attorneys for Defendant Home Box Office, Inc.*

TO:    Scott Alan Burroughs
        David M.S. Jenkins
        247 Water Street, First Floor
        New York, New York 10038
        scott@donigerlawfirm.com
        djenkins@donigerlawfirm.com

        *Attorneys for Plaintiff*