# EXHIBIT 1

# VIDEO FILE SEPARATELY SUBMITTED TO THE CLERK OF COURT