# EXHIBIT 3



**Was this article helpful?**

YES   NO

©2015 Google - Privacy Policy - Terms of Service

English