UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---

| | |
|---|---|
| Andrii Pryimachenko, an individual, | |
| Plaintiff, | Case No. 1:23-cv-10034-LAK-RWL |
| - against - | |
| Home Box Office, Inc., a Delaware corporation;  Sky UK Limited, a United Kingdom limited company; and DOES 1-10, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on March 6, 2024, I caused a copy of Exhibit 1 to the Declaration of Carl Mazurek in Support of HBO's Motion to Dismiss Plaintiff's Amended Complaint, consisting of a DVD containing Episode 1 of *Chernobyl*, to be served on the counsel of record for Plaintiff by depositing a hard copy of the DVD into the custody of Federal Express to be delivered by Overnight Delivery service on the following addresses:

Scott Alan Burroughs
Doniger / Burroughs
247 Water Street, First Floor
New York, New York 10038
scott@donigerlawfirm.com

Dated: New York, New York
March 6, 2024

By:  */s/ Carl Mazurek*
Carl Mazurek