

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Carl Mazurek**
(212) 402-4069 tel
(212) 489-8340 fax

carlmazurek@dwt.com

March 6, 2024

<u>**VIA ECF**</u>

Hon. Robert W. Lehrburger
United States Courthouse
Southern District of New York
500 Pearl Street, Room 1960
New York, NY 10007

    Re:    *Pryimachenko v. Home Box Office, Inc., et al.* **(Case No. 1:23-cv-10034)**
            <u>**Request for Oral Argument**</u>

Dear Judge Lehrburger:

    We represent Defendant Home Box Office, Inc. ("HBO") in the above-captioned action. We write, pursuant to Rule III.H of Your Honor's Individual Practices, to request that this Court hear oral argument in connection with HBO's Motion to Dismiss Plaintiff's Amended Complaint filed concurrently herewith.

                                   Respectfully,

                                     DAVIS WRIGHT TREMAINE LLP
                                   <u>*/s/ Carl Mazurek*</u>
                                   Carl Mazurek

Copy to:  All counsel via ECF